The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LECTENT L.L.C., a Washington Limited Liability Company, and EDWARD CAI, an individual<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAS GROUP, INC., a New York corporation, MICHAEL SOBO, an individual, and SCOTT SOBO, an individual<br><br>　　　　　Defendants. | No. C09-5604-RBL<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Kolisch Hartwell, P.C.
520 SW Yamhill, Suite 200
Portland, OR 97204
Telephone: (503) 224-6655

Plaintiffs Lectent L.L.C. and Edward Cai hereby notice their dismissal of the above entitled case. Pursuant to rule 41(a)(1)(i), this dismissal is without prejudice because defendants have not yet answered.

DATED this 18th day of January, 2010.

Presented by,

KOLISCH HARTWELL, P.C.

By /s/ Owen W. Dukelow
OWEN W. DUKELOW, WSB No. 29230
Email: owen@khpatent.com
PETER E. HEUSER, OSB No. 81128
Email: heuser@khpatent.com
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: 503-224-6655
Facsimile: 503-295-6679
*Attorneys for Plaintiff*

Dated this **19** day of January 2010.

_____
Honorable Ronald B. Leighton
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF VOLUNTARY DISMISSAL was served upon the following as listed below:

| | |
|---|---|
| SAS Group, Inc.<br>c/o Michael Sobo<br>220 White Plains Road<br>Tarrytown, New York 10591<br><br>*Defendant* | Michael Sobo<br>220 White Plains Road<br>Tarrytown, New York 10591<br><br>*Defendant* |

Scott Sobo
220 White Plains Road
Tarrytown, New York 10591

*Defendant*

by first class mail on January 18, 2010.

/s/ Owen W. Dukelow
Owen W. Dukelow, WSBA No. 29230
Email: owen@khpatent.com
PETER E. HEUSER, OSB No. 81128
Email: heuser@khpatent.com
KOLISCH HARTWELL, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, Oregon 97204
Telephone: (503) 224-6655
*Attorneys for Plaintiff*